# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 4/4/2022   Time: 10:00 a.m.

---

**Defendant:** 1) ALEXANDER PARRA BORJA   **J#:** 07451-506   **Case #:** 22-MJ-2546-BECERRA

**AUSA:** Eric Morales   **Attorney:** AFPD – Christian Dunham

**Violation:** WARR/INDICT/MD/FL/Conspiracy with intent to distribute/PWID/ 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the U.S   **Surr/Arrest Date:** 4/1/2022   **YOB:** 1986

**Proceeding:** Initial Appearance   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**

**Bond Set at:**   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** Spanish

**Disposition:**
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waived removal; Ordered removed to the M/D of FL*

*Brady warning given*

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**

**PTD/Bond Hearing:**

**Prelim/Arraign or Removal:**

**Status Conference RE:**

**D.A.R.** 12:05:10   **Time in Court:** 10 mins

s/Lauren F. Louis   Magistrate Judge

5